**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IZELL BROWN, JR.,** | : | **Case No. 2:25-cv-788** |
| **Plaintiff,** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **v.** | : | |
| | : | **MAGISTRATE JUDGE LITKOVITZ** |
| **PAROLE OFFICER RYAN JAMMOND, *et al.*,** | : | |
| **Defendants.** | : | |

**OPINION & ORDER**

On October 14, 2025, the United States Magistrate Judge issued a **Report and Recommendation** in this case (ECF No. 4), recommending that the complaint be **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b). (*Id.*). Plaintiff's objection was due by October 28, 2025. Plaintiff was specifically advised of his right to object to the Report and Recommendation within fourteen days and of the consequences of his failure to do so. No objection has been filed. Since neither party has objected, and the deadline for such objections elapsed, this Court **ACCEPTS** the Magistrate Judge's Report and Recommendation. Plaintiff's complaint is hereby **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: October 5, 2026**